| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| ANTHONY L. DAVIS, | § | APR 2 5 2005 |
| Plaintiff, | § § | Michael N. Milby, Clerk of Court |
| versus | § § | CIVIL ACTION H-04-4472 |
| THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER, | § § § | |
| Respondent. | § § | |

## Order

On March 30, 2005, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (12), to which no objections have been filed. The court adopts the Memorandum and Recommendation as this court's Memorandum and Order.

Signed ____4.22____, 2005, at Houston, Texas.

Lynn N. Hughes
United States District Judge